UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA LEVANWAY,

               Plaintiff,

                                        Case No. 04-CV-73879

vs.                               HON. GEORGE CARAM STEEH

WASHTENAW COUNTY et al.,

               Defendants.

_____/

ORDER GRANTING DEFENDANTS WASHTENAW COUNTY'S AND
WASHTENAW COUNTY TRIAL COURT'S MOTION TO DISMISS (#13), AND
GRANTING DEFENDANTS AFSCME LOCAL 2733's, AFSCME LOCAL 3052's, AND
AFSCME COUNCIL 25's MOTION FOR SUMMARY JUDGMENT (#14)

        For the reasons set forth on the record at a November 15, 2005 hearing, defendants

Washtenaw County's and Washtenaw County Trial Court's motion to dismiss is hereby

GRANTED, and defendants AFSCME Local 2733's, AFSCME Local 3052's, and AFSCME

Council 25's motion for summary judgment is also hereby GRANTED.  Plaintiff's federal

Labor Management Relations Act claims as alleged against each of the defendants, and

plaintiff's federal 42 U.S.C. § 1983 claims of denial of due process, equal protection, and

the right of access to petition for redress of grievances, as alleged against defendants

Washtenaw County and Washtenaw County Trial Court only, are hereby DISMISSED with

prejudice in their entirety.

        SO ORDERED.


                                    s/George Caram Steeh_____
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE


Dated:  November 15, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on November 15, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk